

IT IS ORDERED

Date Entered on Docket: July 3, 2018

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re: | Case No. 16-12564-j13 |
| Nena Jane Oakes, | Chapter 13 |
| Debtor. | |

**ORDER APPROVING STIPULATION FOR RESOLUTION OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND TO ABANDON PROPERTY AND MOTION FOR ACCEPTANCE OF STIPULATED TERMS**

This matter came before the Court on the Motion for Relief from Automatic Stay and to Abandon Property filed on September 29, 2017, Docket No. 49 (the "Motion") by Cenlar, FSB as servicer for LoanDepot.com, LLC ("Movant") in regard to property identified as

LOT A20 OF THE REPLAT â  Aâ   OF THE FOUR SEASONS ESTATE
SUBDIVISION PHASE III, IN THE CITY OF FARMINGTON, SAN JUAN
COUNTY, NEW MEXICO, AS SHOWN ON THE REPLAT OF SAID SUBDIVISION
FILED FOR RECORD MAY 3, 2011
A.P.N.: R4009099

which has a common purported address of 1211 Otono Circle, Farmington, NM 87401 (the "Property").

The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

On October 17, 2017, the Debtor filed a response to the Motion filed at Docket No. 51. (the "Response").

The parties negotiated a Stipulation to resolve the pending issues that was signed by the Movant, Debtors, counsel for the Debtor, and the Chapter 13 Trustee.

IT IS ORDERED that the Stipulation for Resolution of Motion for Relief from Automatic Stay and to Abandon Property and Motion for Acceptance of Stipulated Terms is hereby APPROVED.

IT IS FURTHER ORDERED that any pending motion to dismiss is hereby withdrawn.

XXX END OF ORDER XXX

Submitted by:

/s/ Jason Bousliman
Jason Bousliman
Weinstein & Riley, P.S.
5801 Osuna Road NE, Suite A103
Albuquerque, NM 87109
Phone: (505)348-3200
Email: JasonB@w-legal.com
Attorney for Cenlar, FSB as servicer for
LoanDepot.com, LLC

Copies to:

Nena Jane Oakes
1211 Otono Circle
Farmington, NM 87401

Tiffany M. Cornejo
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102-3111

Gerald R Velarde
2531 Wyoming Blvd NE
Albuquerque, NM 87112-1027

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608